No. 275.—Martínez, peticionario, *v.* Junta Insular de Elecciones, dmda.— ▇▇▇▇ Julio 11, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Examinados los alegatos nuevos presentados por las partes, así como la evidencia aducida en la última vista celebrada el día 23 de junio, y la Ley número 3, titulada "Ley para enmendar las Secciones 1, 13, 14, 35, 36, 37, 47, 64 y 77 de la Ley No. 79, titulada 'Ley para establecer la ley de inscripciones y elecciones', aprobada en junio 25, 1919, según fué enmendada por leyes subsiguientes, para dejar sin efecto aquellas disposiciones de la Sección 40 de la referida Ley No. 79 de 1919, tal cual fué enmendada subsiguientemente, y que estén en conflicto con lo que en esta ley se dispone, y para otros fines," aprobada en 6 de julio de 1932, y apareciendo que las cuestiones planteadas por la parte promovente en tanto y en cuanto no han sido resueltas por las dos opiniones ya emitidas en abril 29, 1932 y mayo 31, 1932, son ya académicas, *no ha lugar* al auto de *mandamus* solicitado.

No. 5346.—Berrizbeitia et als., apldos., *v.* The Times Publishing Co., aplte.—C. D. San Juan. ▇▇▇▇ Febrero 3, 1932.

Vista la moción de desistimiento presentada por la parte apelante con la conformidad de los apelados, y no habiendo este tribunal tomado acción alguna sobre el escrito de apelación presentádole, se tiene a la demandada por desistida de la apelación interpuesta para ante la Corte de Circuito de Apelaciones para el Primer Circuito de los Estados Unidos, y envíese a la corte de distrito correspondiente el mandato de esta Corte Suprema.